AO 91 (Rev. 11/82)

**ORIGINAL**

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RENE HUERTA LUNA | DOCKET NO.<br>13-3208M<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code, Sections 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation

| NAME OF MAGISTRATE JUDGE<br>HONORABLE RALPH ZAREFSKY | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>November 26, 2013 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 26, 2013, defendant RENE HUERTA LUNA, an alien, who had been officially deported and removed from the United States on or about November 13, 2009, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following aggravated felony: Possession of Marijuana for Sale, in violation of California Health & Safety Code Section 11359, on or about September 3, 2008, in the Superior Court of California, County of Los Angeles, case number BA342501, a drug trafficking offense for which the sentence imposed was 13 months or less.

LODGED
13 DEC 13 PM 12:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>SHERWIN SARTE |
|---|---|
| | OFFICIAL TITLE<br>Special Agent -- DHS/ICE/ERO |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>December 13, 2013 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Aron Ketchel x1019    REC: Detention

# A F F I D A V I T

I, Sherwin Sarte, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been employed as an Immigration Officer with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since April, 2003. I have been a DO with ICE since March, 2007. I am currently assigned to the Los Angeles Field Office.

2. This affidavit is made in support of a criminal complaint against RENE HUERTA LUNA, ("HUERTA") charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into this matter.

3. On November 26, 2013, while conducting routine checks of aliens in ICE administrative custody, I learned that HUERTA, a previously deported criminal alien, was present in the United States and in the administrative custody of the ICE Los Angeles

1

Branch. Based on this discovery, I undertook the present investigation of HUERTA.

4. Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.

5. On December 2, 2013, I reviewed DHS A-File A095-809-809, which is maintained for the subject alien "RENE HUERTA LUNA." The A-File contained, among other things, the following documents and information:

   a. Photographs of the alien subject to whom DHS A-File A095-809-809 corresponds. I compared these photographs to the ICE booking photograph of HUERTA taken on or about November 26, 2013. These photographs depict the same person. Thus, I determined that DHS A-File A095-809-809, and its contents correspond to HUERTA.

   b. A DHS detainer (Form I-247), dated April 6, 2013. From this I-247, as well as other documents in HUERTA'S DHS A-File, and my training and experience, I am able to determine that ICE learned that HUERTA was in the custody of the Los Angeles County Jail. HUERTA was arrested on or about April 5, 2013 for a

Possession of Marijuana for Sale, in violation of California Health and Safety Code 11359. As a result of the detainer being placed, HUERTA was transferred to ICE administrative custody on or about November 26, 2013.

     c.   Two executed Warrants of Removal/Deportation indicating that HUERTA was officially removed and deported from the United States on November 13, 2009 and October 28, 2010. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. Each of the executed Warrants of Removal/Deportation in HUERTA'S A-File contains his photograph, signature, and a fingerprint.

     d.   One executed Notice to Alien Ordered Removed/Departure Verification (Form I-296), containing a Verification of Removal, indicating that HUERTA was officially removed and deported from the United States on November 13, 2009. I know from my training and experience that the Verification of Removal on the Form I-296 is executed when an alien is found inadmissible and is subsequently removed and deported from the United States by United States Customs and Border Protection (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed

3

Verification of Removal on the Form I-296 in HUERTA'S A-File contains his photograph, signature, and a fingerprint.

  e. A certified copy of conviction record showing that HUERTA was convicted on September 3, 2008, of Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, Case Number BA342501. For this offense, HUERTA was sentenced, on or about June 25, 2009, to a term of 180 days jail, after a revocation of probation.

  f. Records indicating that HUERTA sustained an additional criminal conviction on October 26, 2010 for Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, for which HUERTA was sentenced to 225 days in jail.

  g. Records indicating that HUERTA sustained an additional criminal conviction on April 15, 2013 for Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, for which HUERTA was sentenced to 16 months in jail.

  h. Various documents, in addition to the Warrants of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification, indicating that HUERTA is a native and citizen of Mexico. These documents include: (i) Notice and Order of Expedited Removal (Form I-860), indicating that HUERTA was ordered removed from the United States to Mexico; (ii) two

Records of Sworn Statement, dated November 13, 2009 and November 26, 2013, in which HUERTA stated that he is a native and a citizen of Mexico; (iii) two Records of Deportable/Inadmissible (Form I-213), dated October 28, 2010 and November 26, 2013, which indicates that HUERTA stated to ICE Immigration officers that HUERTA is a native and citizen of Mexico.

6. On December 2, 2013, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that HUERTA had been convicted of the crimes reflected in the documents contained in HUERTA's DHS A-File.

7. On December 2, 2013, I reviewed the printouts of ICE computer indices on HUERTA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that HUERTA had been removed and deported on or about the dates indicated on the Warrants of Removal/Deportation found in HUERTA'S DHS A-File. The ICE computer indices further indicated that HUERTA had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-

enter the United States legally since HUERTA had last been deported.

8. Based on my review of HUERTA'S DHS A-File, I determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in HUERTA'S DHS A-File.

9. Based on the foregoing facts, there is probable cause to believe that HUERTA has violated Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation.

_____
Sherwin Sarte
Deportation Officer - ICE

Subscribed and sworn to before me
on this 13th day of December, 2013.

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

6